**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00320-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JULIAN GUERRA-PENA,

    Defendant.

---

### ORDER

---

PURSUANT to and in accordance with the Change of Plea and Immediate Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on November 4, 2013, it is hereby

ORDERED that Defendant Julian Guerra-Pena is sentenced to **TIME SERVED.**

Dated: November 4, 2013.

                BY THE COURT:

                s/ Raymond P. Moore
                RAYMOND P. MOORE,
                UNITED STATES DISTRICT JUDGE